ARTHUR T. DAVERN, Appellant, *v.* WILLIAM B. ROCKWELL, as Receiver of the SYRACUSE, LAKESIDE AND BALDWINSVILLE RAILWAY, Respondent.

*Davern* v. *Rockwell,* 105 App Div. 618, affirmed.
(Argued March 23, 1906; decided April 17, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 26, 1905, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*J. L. Cheney* for appellant.

*T. E. Hancock* and *William S. Farmer* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur : CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT and HAIGHT, JJ. Dissenting : VANN, WILLARD BARTLETT and CHASE, JJ.